Jared L. Bryan (SBN 220925)
Allyson S. Ascher (SBN 286863)
JACKSON LEWIS P.C.
200 Spectrum Center Drive, Suite 500
Irvine, CA 92618
Tel: (949) 885-1360
Fax: (949) 885-1380
E-mail:    jared.bryan@jacksonlewis.com
           allyson.ascher@jacksonlewis.com

Attorneys for Defendants VEOLIA ENERGY NORTH AMERICA, LLC; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC; VEOLIA WATER TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MANGIONE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VEOLIA ENERGY NORTH AMERICA, LLC; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC; VEOLIA WATER TECHNOLOGIES, INC., DOES 1-25,<br><br>Defendants. | **CASE NO.**<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT (FRCP 7.1(a))**<br><br>[Riverside Superior Court Case No. PSC 1706526]<br><br>Complaint Filed: November 22, 2017 |

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned, as counsel for Defendants VEOLIA ENERGY NORTH AMERICA, LLC, VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, and VEOLIA WATER TECHNOLOGIES, INC., hereby certify that:

1. Veolia Energy North America, LLC is a subsidiary of Thermal North America, Inc.

2. Veolia Water North America Operating Services, LLC is a subsidiary of Veolia Water Americas, LLC.

3. Veolia Water Technologies, Inc. is a subsidiary of WASCO LLC.

4. The ultimate parent company for each entity listed above is Veolia Environnement S.A., which is a publicly traded company based in France.

Dated: December 27, 2017                JACKSON LEWIS P.C.

By:      */s/ Jared L. Bryan*
Jared L. Bryan
Allyson S. Ascher

Attorneys for Defendants
VEOLIA ENERGY NORTH AMERICA, LLC; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC; VEOLIA WATER TECHNOLOGIES, INC.

4841-1671-4584, v. 3

Case No.:      2     DEFENDANTS' CORPORATE DISCLOSURE STATEMENT