UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MANGIONE, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VEOLIA ENERGY NORTH AMERICA, LLC; VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC; VEOLIA WATER TECHNOLOGIES, INC., DOES 1-25,<br><br>　　　　　Defendants. | **CASE NO. 5:17-cv-02548-JAK (KKx)**<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL**<br><br>**JS-6** |

1    The Court, having read and considered the Parties' stipulation for dismissal with
2  prejudice, hereby enters the following order:
3    The Stipulation is **GRANTED**. The entire action, including all claims alleged
4  against any and all parties, is hereby dismissed with prejudice.
5    IT IS SO ORDERED.

Dated:  September 7, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE